IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

EASTERN DIVISION

| | |
|---|---|
| KARL MILLER<br><br>Plaintiff,<br><br>UNITED PROPERTY & CASUALTY INSURANCE COMPANY<br><br>Defendant. | Case No. 4:19-cv-117 |

# NOTICE OF REMOVAL

**NOW COMES,** UNITED PROPERTY & CASUALTY INSURANCE COMPANY, and hereby gives Notice of Removal pursuant to 28 U.S.C. § 1446. In support of its Notice of Removal, UNITED PROPERTY & CASUALTY INSURANCE COMPANY shows the Court as follows:

1. Plaintiff is a citizen of Florida and the owner of property located at 251 Beech Street, Wilmington, North Carolina.
2. Defendant is a foreign corporation, incorporated in the State of Florida, and authorized by the North Carolina Department of Insurance to issue insurance policies in North Carolina.
3. Plaintiff filed his Complaint in the matter on June 20, 2019 in the Superior Court of New Hanover County in North Carolina. A true and accurate copy of the Summons and Complaint are attached hereto as Exhibit "1".
4. Pursuant to 28 U.S.C. § 1332, this Court has jurisdiction over Plaintiff's Complaint as there is a diversity of citizenship between the parties and, pursuant to 28 U.S.C. § 1446(a)(ii), Defendant alleges that the amount in controversy exceeds the Court's jurisdictional floor of $75,000.00 based on Plaintiff's allegations of breach of

contract, violation of N.C. Gen Statute § 75-1.1, knowledge and intent, and deceptive trade practices.

5. Plaintiff delivered the summons and complaint, Exhibit 1, to the Chief Financial Officer of the State of Florida on June 17, 2019. The Chief Financial Office of the State of Florida then emailed Exhibit 1 to Defendant on July 24, 2019. While Defendant questions whether this is proper service, clearly, the time has not expired for Defendant's Notice of Removal.

6. Contemporaneously with this filing, Defendant is also serving its Notice of Notice of Removal in the Superior Court for New Hanover County.

**WHEREFORE,** Defendant respectfully prays the Court to exercise its jurisdiction over this matter and to accept its Notice of Removal.

This the 22nd day of August, 2019.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ *Christopher J. Derrenbacher*

CHRISTOPHER J. DERRENBACHER
N.C. Bar No. 25402
*Attorney for Defendant, United Property & Casualty Insurance Company.*
4101 Lake Boone Trail, Suite 514
Raleigh, North Carolina 27607-3977
Telephone: (919) 821-4020
Facsimile: (919) 829-0055
Email: christopher.derrenbacher@lewisbrisbois.com

## CERTIFICATE OF SERVICE

This is to certify that the undersigned counsel for Defendant has this date filed the foregoing ***NOTICE OF REMOVAL*** with the Clerk of Court using the CM/ECF system and has served the following persons or parties by depositing a copy thereof, postage prepaid, in the United States Mail addressed as follows:

William J. Morgan
WILLIAM J. MORGAN, P.A.
P.O. Drawer 700
Jacksonville, North Carolina 28541

This the 22nd day of August, 2019. 19 CVS 002293

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ *Christopher J. Derrenbacher*
CHRISTOPHER J. DERRENBACHER
N.C. Bar No. 25402